[No. 19105-2-III.   Division Three.   August 15, 2002.]

X. RAYMOND HICKEY, ET AL., *Respondents*, v. JOYCE M. TASKER, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 96-2-00086-6, Linda G. Tompkins, J., entered February 14, 2000. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 20290-9-III.   Division Three.   August 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RAYMOND GIBBONS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00224-8, Robert G. Swisher, J., entered May 25, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 20407-3-III.   Division Three.   August 15, 2002.]

MOUNT ADAMS SCHOOL DISTRICT, *Respondent*, v. WILLIAM D. COOK, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-2-00783-1, Heather K. Van Nuys, J., entered July 20, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ. Now published at 113 Wn. App. 472.

[No. 20705-6-III.   Division Three.   August 15, 2002.]

JEFFERY E. BOULLIOUN, ET AL., *Appellants*, v. JOHN SCAMMAHORN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 99-2-00617-2, John E. Bridges, J., entered November 6, 2001. *Reversed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.